# RETURN OF SERVICE

**State of Florida**                          **County of**                          **Southern District Court**

Case Number: 1:26-CV-22587-RAR

Plaintiff:
**MILORAD DODIK, et al.**

vs.

Defendant:
**UNITED STATES DEPARTMENT OF THE
TREASURY; SCOTT BESSENT, in his official
capacity as Secretary of the Treasury, et al.**

For:
Robert Garson
GS2 LAW

Received by DLE Process Servers, Inc on the 27th day of May, 2026 at 10:25 am to be served on **U.S.
Attorney's Office Southern District of Florida, 99 NE 4th Street, Miami, FL 33132**.

I, Rafael Perez, do hereby affirm that on the **29th day of May, 2026** at **10:28 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action for
President of the United States, United States Department of the Treasury, Scott Bessent in his
official capacity as Secretary of the Treasury, Office of Foreign Assets Control (OFAC),
Introduction, Complaint, Exhibits, Civil Cover Sheet** with the date and hour of service endorsed
thereon by me, to: **Bret Geigger** as **Authorized** for **U.S. Attorney's Office Southern District of Florida**,
and informed said person of the contents therein, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
5/29/2026  10:28 am  Service completed in accordance to FL Statute 48.091 (4)a and 48.031.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it
are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process
Server, in good standing, in the county in which service was affected in accordance with State Statute

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the
facts stated are  true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Rafael Perez**
Certified P.S.10017

**DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705**

Our Job Serial Number: DLE-2026039951

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

| DELIVERED | 5/29/2026 10:28 AM |
|---|---|
| SERVER | RP |
| LICENSE | Certified P.S.10017 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| Milorad Dodik,Igor Dodik, Radmila Bojanić, Pavle Ćorović, Danijel Dragičević, Marko Gujaničić, Dijana Milanović, Dalibor Panić, Goran Raković, Nemanja Reljin, and  See Media Research Ltd | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    1:26-cv-22587-RAR |
| United States Department Of The Treasury; Scott Bessent, In His Official Capacity As Secretary Of The Treasury; Office Of Foreign Assets Control; President Of The United States In His Official Capacity | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  President of the United States (official capacity)
C/O The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GS2Law PLLC,
20801 Biscayne Blvd, Ste 506
Aventura, FL, 33180


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:   Apr 15, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |
|---|---|
| Milorad Dodik,Igor Dodik, Radmila Bojanić, Pavle Ćorović, Danijel Dragičević, Marko Gujaničić, Dijana Milanović, Dalibor Panić, Goran Raković, Nemanja Reljin, and  See Media Research Ltd <br> *Plaintiff(s)* <br> v. <br> United States Department Of The Treasury; Scott Bessent, In His Official Capacity As Secretary Of The Treasury; Office Of Foreign Assets Control; President Of The United States In His Official <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   1:26-cv-22587-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department Of The Treasury
1500 Pennsylvania Avenue, NW,
Washington, D.C. 20220


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GS2Law PLLC,
20801 Biscayne Blvd, Ste 506
Aventura, FL, 33180


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Apr 15, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Milorad Dodik, Igor Dodik, Radmila Bojanić, Pavle Ćorović, Danijel Dragičević, Marko Gujaničić, Dijana Milanović, Dalibor Panić, Goran Raković, Nemanja Reljin, and See Media Research Ltd <br><br>*Plaintiff(s)* <br><br> v. <br><br> United States Department Of The Treasury; Scott Bessent, In His Official Capacity As Secretary Of The Treasury; Office Of Foreign Assets Control; President Of The United States In His Official Capacity <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No.   1:26-cv-22587-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scott Bessent, in his official capacity as Secretary of the Treasury
1500 Pennsylvania Avenue, NW,
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GS2Law PLLC,
20801 Biscayne Blvd, Ste 506
Aventura, FL, 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 15, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Milorad Dodik,Igor Dodik, Radmila Bojanić, Pavle Ćorović, Danijel Dragičević, Marko Gujaničić, Dijana Milanović, Dalibor Panić, Goran Raković, Nemanja Reljin, and  See Media Research Ltd <br> *Plaintiff(s)* <br> v. <br> United States Department Of The Treasury; Scott Bessent, In His Official Capacity As Secretary Of The Treasury; Office Of Foreign Assets Control; President Of The United States In His Official Capacity <br> *Defendant(s)* | Civil Action No.    1:26-cv-22587-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Office of Foreign Assets Control (OFAC)
1500 Pennsylvania Avenue, NW,
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GS2Law PLLC,
20801 Biscayne Blvd, Ste 506
Aventura, FL, 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:  Apr 15, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court