UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CV-22587-RAR

**MILORAD DODIK,** *et al.,*

     Plaintiff,

v.

**UNITED STATES DEPARTMENT
OF THE TREASURY.,** *et al.,*

     Defendants.

_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*.  The record indicates that each of the Defendants have been served with process.  *See* Returns of Service, [ECF No. 6].  To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that all Defendants shall submit a **single combined response or separate answers** on or before **July 28, 2026**.[1]

**DONE AND ORDERED** in Miami, Florida, this 9th day of June, 2026.

_____

**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

---

[1]  Because "[t]he United States, a United States agency, or a United States officer or employee sued only in an official capacity must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the United States attorney," Defendants' deadline to file a response or answer to Plaintiffs' Complaint is July 28, 2026.  FED. R. CIV. P. 12(a)(2).