**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In the matter of: Case Transfers to
**District Judge Jeffrey T. Kuntz**

Tuvacol S.A. v. Marzan Manzur et al, 1:25-cv-23519

1309767 Ontario Limited T/A Translantic Trading v. Incredible Limo LLC et al, Case No. 1:26-cv-22402

MMS Americas, LLC v. M/V Bahamas Pearl, et al, Case No. 1:26-cv-23931

United States of America v. Real Property Located at 2040 Alton Road, Miami Beach Florida 33140 et al, Case No. 1:26-cv-23620

Virgile v Jackson Health System, Case No. 1:26-cv-22842

Katoch et al v. Dover et al, Case No. 1:26-cv-22435

Southwind Risk Retention Group v. MGT Express Corp et al, Case No. 1:26-cv-23655

Gage v. Pivot Health, Case No. 1:26-cv-23503

Reglero et al v. Universal Music Group N.V. et al, Case No. 1:26-cv-24483

USA Wireless Inc. v. Depositors Insurance Company et al, Case No. 1:26-cv-24183

Seaworthy Club, Inc. v. Vessel REBOOT, Case No. 0:25-cv-60779

Seapray Corporation v. MANN+HUMMEL Filtration Technology US LLC et al, 1:25-cv-24077

Dodik et al v. United States Department of the Treasury et al, 1:26-cv-22587

Williams v. Miami-Dade County Public Health Trust et al, 1:26-cv-22706

Cox v. City of Miami Beach, 1:26-cv-23906

USA v. William Gangler, Case No: 0:26-cr-60171

USA v. Lee et al, Case No: 0:26-cr-60191

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Jeffrey T. Kuntz.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which

are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Jeffrey T. Kuntz** as of August 12, 2026 for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Jeffrey T. Kuntz.** It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Jeffrey T. Kuntz**. It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials JTK in lieu of the present initials.

**DONE AND ORDERED** at Miami, Florida, in chambers this 12th day of August, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

c: All counsel of record/pro se parties